IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40566
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JORGE SERRANO-AMAYA,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-01-CR-29-1
--------------------
December 12, 2001

Before HIGGINBOTHAM, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for Jorge Serrano-Amaya ("Serrano"), the Federal Public Defender, has moved for leave to withdraw and has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967).  Serrano has received a copy of counsel's motion and brief, but he has not filed a pro se brief of his own.  Our review of the brief filed by counsel and of the record discloses no nonfrivolous point for appeal.  Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.